**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 459 EAL 2020

Respondent     :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.     :

CHRISTOPHER FORMAN,     :

Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.